# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00467-CV

---

**Michael Nix; Ivete G. Nix; Black Diamond Endeavors, L.L.C.; Backhaul.com, L.L.C.; and Chad Sparks, Appellants**

**v.**

**Summitbridge National Investments III, LLC, Appellee**

---

**FROM THE 51ST DISTRICT COURT OF TOM GREEN COUNTY**
**NO. A220197C, THE HONORABLE CARMEN DUSEK, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

Appellants Michael Nix, Ivete G. Nix, Black Diamond Endeavors, L.L.C., Backhaul.com, L.L.C., and Chad Sparks have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

 

 

_____

Karin Crump, Justice

Before Justices Triana, Crump, and Ellis

Dismissed on Appellants' Motion

Filed: July 15, 2026